# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
STEPHEN P. STUBBS, BAR NO. 10449.

No. 69495

FILED

MAR 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF REFERRAL TO
## SOUTHERN NEVADA DISCIPLINARY BOARD

This is a petition under SCR 111(4) concerning attorney Stephen Stubbs, based on his convictions for unlawful notarization of signature by notary public (gross misdemeanor violation of NRS 240.155), battery (misdemeanor violation of NRS 200.481), and disturbing the peace (misdemeanor violation of NRS 203.010). We previously determined that the convictions did not involve "serious crime[s]" as defined by SCR 111(6) but ordered Stubbs to show cause why an immediate temporary suspension should not be imposed, *see* SCR 111(9). Having considered Stubbs' response, we decline to impose an immediate temporary suspension. However, we refer this matter to the Southern Nevada Disciplinary Board "for any action it may deem warranted under [the SCR] or any other rules of the supreme court that pertain to the conduct of attorneys."

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

___

[1]This constitutes our final disposition in this matter. Any further proceedings involving Stubbs shall be docketed as a new matter.

16-06897

cc: Chair, Southern Nevada Disciplinary Board
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Potter Law Offices